1
2
3
4
5
6
7
8
9
10              UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12

13   DAVID LEE KENNEDY,                    1:07-cv-01055 OWW SMS (HC)

14              Petitioner,

                                           **ORDER AUTHORIZING**
15   v.                                    **IN FORMA PAUPERIS STATUS**

16   ALBERTO GONZALES, ET AL,

17              Respondent.
     _____/
18

19        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

20   pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

21   proceed *in forma pauperis*.  The petition will be screened in due course.

22

23   IT IS SO ORDERED.

24   **Dated:    July 31, 2007**              _____
                                                  **/s/ Sandra M. Snyder**
25                                           UNITED STATES MAGISTRATE JUDGE

26

27

28