1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE KENNEDY, | 1:07-cv-01055 OWW SMS (HC) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PETITION |
| vs. | (DOCUMENT #12) |
| ALBERTO GONZALEZ, et al., | THIRTY DAY DEADLINE |
| Respondents. | |
| _____/ | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28

U.S.C. § 2241.  On October 1, 2007, Respondent filed a motion to extend time to respond to the

petition.  Good cause having been presented to the court and GOOD CAUSE APPEARING

THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to

respond to the petition.


IT IS SO ORDERED.

**Dated:   October 18, 2007**                    _____/s/ Sandra M. Snyder_____
                                                                    UNITED STATES MAGISTRATE JUDGE