1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

| DAVID LEE KENNEDY, | CV F   07-1055 OWW SMS HC |
|---|---|

9
10
11

Petitioner,                ORDER ADOPTING FINDINGS AND
                           RECOMMENDATION AND DENYING
v.                         PETITION FOR WRIT OF HABEAS CORPUS

12

CHARLES DANIELS,

13

Respondent.

14

_____/

15      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

16   pursuant to 28 U.S.C. § 2241.

17      On June 4, 2008, the Magistrate Judge issued Findings and Recommendation that the

18   Petition for Writ of Habeas Corpus be DENIED.  This Findings and Recommendation was

19   served on all parties and contained notice that any objections were to be filed within thirty (30)

20   days of the date of service of the order.  Over thirty (30) days have passed and no party has filed

21   objections.[1]

22      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

23   a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

24   Findings and Recommendation is supported by the record and proper analysis.

25      Accordingly, IT IS HEREBY ORDERED that:

26

27

28

[1]  In fact, on June 18, 2008, the Findings and Recommendation was returned to the Court as undeliverable
with a notation that Petitioner was "not at this address."  (Court Doc. 18.)  Pursuant to Local Rule 83-182(f) each
party is under a continuing duty to inform the Court of any change of address.  Absent such notice, service of
documents at the prior address of record of the party is effective service.  Local Rule 83-182(f).

1    1.    The Findings and Recommendation issued June 4, 2008, is ADOPTED IN FULL;

2    2.    The Petition for Writ of Habeas Corpus is DENIED; and,

3    3.    The Clerk of the Court is DIRECTED to enter judgment for Respondent

4    IT IS SO ORDERED.

5    **Dated:    July 23, 2008**                    _____/s/ Oliver W. Wanger_____
                                                UNITED STATES DISTRICT JUDGE